<pre>
1                         UNITED STATES DISTRICT COURT
2                        NORTHERN DISTRICT OF CALIFORNIA
3                              SAN FRANCISCO DIVISION
</pre>

| | |
|---|---|
| SHERI L. KENDALL, dba BALA HAIR SALON, JAMES MASER, MAIZ HOLDING COMPANY, dba PICANTE COCINA RESTAURANT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA U.S.A. INC., MASTERCARD INTERNATIONAL, INC., BANK OF AMERICA, N.A., a subsidiary of BANK OF AMERICA CORPORATION, WELLS FARGO BANK, N.A., a subsidiary of WELLS FARGO & COMPANY, U.S. BANK, N.A., a subsidiary of U.S. BANCORP,<br><br>Defendants. | Case No. C 04-4276 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST PURSUANT TO CIVIL LOCAL RULE 6-2 FOR ORDER CHANGING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT |

The Stipulated Request Pursuant to Civil Local Rule 6-2 for Order Changing Time for Defendants' Response to Plaintiffs' First Amended Complaint is granted. Defendants shall answer or otherwise respond to the First Amended Class Action Complaint on or before June 3, 2005.

Dated: __May 9,_____, 2005.

/s/ Jeffrey S. White
_____
The Honorable Jeffrey S. White
United States District Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST PURSUANT TO CIVIL LOCAL RULE 6-2 FOR ORDER CHANGING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT -- CASE NO. C 04-4276 JSW