EILEEN R. RIDLEY, BAR NO. 151735
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA  94111-3404
TELEPHONE:  (415) 434-4484
FACSIMILE:  (415) 434-4507

MAURICE J. MCSWEENEY (PRO HAC VICE MOTION TO BE FILED)
MICHAEL C. LUEDER (PRO HAC VICE MOTION TO BE FILED)

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION

J. THOMAS ROSCH, BAR NO. 37668
JOSHUA N. HOLIAN, BAR NO. 211772
**LATHAM & WATKINS LLP**
505 MONTGOMERY STREET
SAN FRANCISCO, CA 94111
TELEPHONE: (415) 395-8148
FACSIMILE:  (415) 395-8095

ATTORNEYS FOR DEFENDANT WELLS FARGO BANK, N.A.

SONYA D. WINNER, BAR NO. 200348
TARA M. STEELEY, BAR NO. 231775
**COVINGTON & BURLING**
ONE FRONT STREET, 35TH FLOOR
SAN FRANCISCO, CA 94111
TELEPHONE: (415) 591-6000
FACSIMILE: (415) 591-6091

ATTORNEYS FOR BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI L. KENDALL, d/b/a BALI HAIR SALON, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>VISA U.S.A. INC., *et al.*,<br><br>                    Defendants. | Case No. C 04-4276 JSW<br><br>WELLS FARGO BANK, N.A., BANK OF AMERICA, N.A. and U.S. BANK NATIONAL ASSOCIATION'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION ANTITRUST COMPLAINT<br><br>Date:          July 8, 2005<br>Time:          9:00 a.m.<br>Courtroom:   17<br>Judge:        The Honorable Jeffrey S. White |

WELLS FARGO BANK, N.A., BANK OF AMERICA, N.A., U.S. BANK NATIONAL ASSOCIATION'S
NOTICE OF MOTION AND MOTION TO DISMISS
*Sheri L. Kendall, d/b/a Bali Hair Salon vs. Visa U.S.A.*
*Case No. C 04-4276 EDL*

016.345250.2

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 9:00 a.m. on July 8, 2005, in Courtroom 17 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, 94102, or as soon thereafter as the matter can be heard, defendants Wells Fargo Bank, N.A. ("Wells Fargo"), Bank of America, N.A. ("B of A"), and U.S. Bank National Association ("USB") (collectively "Defendant Banks") will, and hereby do, move to dismiss the First Amended Class Action Antitrust Complaint in this action.

The motion seeks dismissal of the complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted. Plaintiffs' claims under Section 1 of the Sherman Act fail because plaintiffs have not alleged any facts which would support individual liability on the part of Defendant Banks for participating in an unlawful contract, combination or conspiracy in restraint of trade. Plaintiffs' "claim" under Section 16 of the Clayton Act should also be dismissed because Plaintiffs do not and cannot seek relief as against the moving parties.

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, and all evidence and argument as may be presented to the Court at the hearing on this motion.

///
///
///
///
///
///
///
///
///
///

1
WELLS FARGO BANK, N.A., BANK OF AMERICA, N.A., U.S. BANK NATIONAL ASSOCIATION'S
NOTICE OF MOTION AND MOTION TO DISMISS
**Sheri L. Kendall, d/b/a Bali Hair Salon vs. Visa U.S.A.**
*Case No. C 04-4276 EDL*

016.345250.2

Dated:  June 3, 2005

FOLEY & LARDNER LLP

By _s/ Eileen R. Ridley_____
    EILEEN R. RIDLEY
    Attorneys for Defendant
    U.S. Bank
EILEEN R. RIDLEY (151735)
FOLEY & LARDNER LLP
One Maritime Plaza, 6th Floor
San Francisco, CA  94111-3404
Telephone:     (415) 434-4484
Facsimile:     (415) 434-4507

J. THOMAS ROSCH, BAR NO. 37668
JOSHUA N. HOLIAN, BAR NO. 211772
**LATHAM & WATKINS LLP**
505 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 395-8148
Facsimile: (415) 395-8095

Attorneys For Defendant Wells Fargo Bank, N.A.

SONYA D. WINNER, BAR NO. 200348
TARA M. STEELEY, BAR NO. 231775
**COVINGTON & BURLING**
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Bank of America, N.A.

2
WELLS FARGO BANK, N.A., BANK OF AMERICA, N.A., U.S. BANK NATIONAL ASSOCIATION'S
NOTICE OF MOTION AND MOTION TO DISMISS
*Sheri L. Kendall, d/b/a Bali Hair Salon vs. Visa U.S.A.*
*Case No. C 04-4276 EDL*