ROBERT J. VIZAS (CA State Bar No. 56187)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA  94105
Telephone: (415) 356-3000
Facsimile:  (415)  356-3099

M. LAURENCE POPOFSKY (CA State Bar No. 33946)
MARIE L. FIALA (CA State Bar No. 79676)
RUSSELL P. COHEN (CA State Bar No. 213105)
RACHEL M. JONES (CA State Bar No. 218642)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERI L. KENDALL, dba BALA HAIR SALON, JAMES MASER, MAIZ HOLDING COMPANY, dba PICANTE COCINA RESTAURANT, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>VISA U.S.A. INC., MASTERCARD INTERNATIONAL, INC., BANK OF AMERICA, N.A., a subsidiary of BANK OF AMERICA CORPORATION, WELLS FARGO BANK, N.A., a subsidiary of WELLS FARGO & COMPANY, U.S. BANK, N.A., a subsidiary of U.S. BANCORP,<br>　　　　　　　　　　Defendants. | Case No.: C04-4276 JSW<br><br>**DEFENDANT VISA U.S.A. INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AND/OR TO STRIKE CERTAIN ALLEGATIONS**<br><br>**FED. R. CIV. P. 12(b)(6), 12(f)**<br><br>Hearing:　　July 8, 2005<br>Time:　　　9:00 a.m.<br>Courtroom:　Two, 17th Floor<br>Honorable Jeffrey S. White |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 8, 2005 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Jeffrey S. White, Courtroom 2, 17th floor of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, defendant Visa U.S.A. Inc. ("Visa") will, and hereby does, move for an order dismissing plaintiffs' claims for damages brought under the First and Second Claims for Relief and plaintiffs' Third and Fourth Claims for Relief in their entirety, and/or striking certain allegations, in the First Amended Class Action Antitrust Complaint and Jury Demand ("FAC").

This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f) on the grounds that plaintiffs, who do not pay interchange fees, lack standing as indirect purchasers under *Illinois Brick Co. v. Illinois,* 431 U.S. 720 (1977) to pursue a damages claim under Section 1 of the Sherman Act, 15 U.S.C. § 1, challenging Visa's default interchange fees; that, additionally, plaintiffs' Third and Fourth Claims for Relief each fails to state a claim upon which relief may be granted; and that plaintiffs plead immaterial and impertinent allegations regarding "price differentials." (FAC ¶ 29).

This motion will be based upon this Notice; the Memorandum of Points and Authorities in Support of Defendant Visa U.S.A. Inc.'s Motion To Dismiss And/Or To Strike Certain Allegations; the record in this case; any additional supporting materials or argument presented at or before the hearing on this matter; and all pleadings on file in this action.

DATED: June 3, 2005  Respectfully submitted,

HELLER EHRMAN LLP

By  s/Marie L. Fiala
    Marie L. Fiala
    Attorneys for Defendant
    VISA U.S.A. INC.

- 1 -