ROBERT J. VIZAS (CA State Bar No. 56187)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099

M. LAURENCE POPOFSKY (CA State Bar No. 33946)
MARIE L. FIALA (CA State Bar No. 79676)
RUSSELL P. COHEN (CA State Bar No. 213105)
RACHEL M. JONES (CA State Bar No. 218642)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERI L. KENDALL, dba BALA HAIR SALON, JAMES MASER, MAIZ HOLDING COMPANY, dba PICANTE COCINA RESTAURANT, on Behalf of Themselves and All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>VISA U.S.A. INC., MASTERCARD INTERNATIONAL, INC., BANK OF AMERICA, N.A., a subsidiary of BANK OF AMERICA CORPORATION, WELLS FARGO BANK, N.A., a subsidiary of WELLS FARGO & COMPANY, U.S. BANK, N.A., a subsidiary of U.S. BANCORP,<br><br>                      Defendants. | Case No.: C04-4276 JSW<br><br>**DEFENDANT VISA U.S.A. INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**FED. R. CIV. P. 56**<br><br>Hearing:    July 8, 2005<br>Time:       9:00 a.m.<br>Courtroom: Two, 17th Floor<br>Honorable Jeffrey S. White |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 8, 2005 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Jeffrey S. White, Courtroom 2, 17th floor of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, defendant VISA U.S.A. INC. ("Visa") will, and hereby does, move for an order granting summary judgment pursuant to Fed. R. Civ. P. 56 on all claims for relief pleaded in the First Amended Class Action Antitrust Complaint and Demand for Jury Trial.

By Order dated March 29, 2005, this Court granted in part Visa's Administrative Request permitting it to bring a partial motion for summary judgment on grounds "related to *NaBanco*." Accordingly, this motion is made on the grounds that this action is factually and legally indistinguishable from the claim considered and rejected by the Eleventh Circuit in *National Bancard Corp. v. Visa U.S.A. Inc.*, 779 F.2d 592 (11th Cir. 1986) ("*NaBanco*"), *aff'g National Bancard Corp. v. Visa U.S.A. Inc.*, 596 F. Supp. 1231 (S.D. Fla. 1984), and on that basis should be barred as inconsistent with long-standing precedent. Visa's system-level default interchange fee continues to be necessary to the existence of the Visa payment card system and therefore does not constitute unlawful price fixing under Section 1 of the Sherman Act, 15 U.S.C. § 1.

This motion will be based upon this Notice; the Memorandum of Points and Authorities in Support of Defendant Visa U.S.A. Inc.'s Motion for Summary Judgment; the Declaration of William Sheedy in Support Thereof; the record in this case; any additional evidence or argument presented at or before the hearing on this matter; and all pleadings on file in this action.

///

///

///

- 1 -

1  DATED:  June 3, 2005           Respectfully submitted,

2                                 HELLER EHRMAN LLP

3

4

5                                 By  s/Marie L. Fiala
                                      Marie L. Fiala
6                                     Attorneys for Defendant
                                      VISA U.S.A. INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

DEFENDANT VISA U.S.A. INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT
(FED. R. CIV. P. 56)  CASE NO.  C04-4276 (JSW)