1 [COUNSEL LISTED ON SIGNATURE PAGES]

2

3 UNITED STATES DISTRICT COURT

4 NORTHERN DISTRICT OF CALIFORNIA

5 SAN FRANCISCO DIVISION

6

| | |
|---|---|
| SHERI L. KENDALL, dba BALA HAIR SALON, JAMES MASER, MAIZ HOLDING COMPANY, dba PICANTE COCINA RESTAURANT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA U.S.A. INC., MASTERCARD INTERNATIONAL, INC., BANK OF AMERICA, N.A., a subsidiary of BANK OF AMERICA CORPORATION, WELLS FARGO BANK, N.A., a subsidiary of WELLS FARGO & COMPANY, U.S. BANK, N.A., a subsidiary of U.S. BANCORP,<br><br>Defendants. | Case No. C 04-4276 JSW<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date:     July 8, 2005<br>Time:    9:00 a.m.<br>Place:    Courtroom 2, 17th Floor<br><br>The Honorable Jeffrey S. White |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 8, 2005 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Jeffrey S. White, Courtroom 2 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, Defendant MasterCard International Incorporated (incorrectly identified by Plaintiffs as MasterCard International, Inc.) ("MasterCard") will, and hereby does, move for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice and in its entirety the plaintiffs' First Amended Class Action Antitrust Complaint, filed on April 25, 2005.

This motion will be based upon this Notice; the Memorandum of Points and Authorities in Support of the Motion of Defendant MasterCard International Incorporated Pursuant to Fed. R. Civ. P. 12(b)(6) filed herewith; the record in this case; any argument presented at or before the hearing on this matter; and all pleadings on file in this action.

NOTICE OF MOTION AND MOTION OF DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED PURSUANT TO
FED. R. CIV. P. 12(b)(6) – CASE NO. C 04-4276 JSW

1  Dated: June 3, 2005

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | By /s/ Debra J. Pearlstein |
|  | JAY N. FASTOW (Bar No. JF 7230) |
| *Of Counsel* | DEBRA J. PEARLSTEIN (*pro hac vice*) |
| NOAH J. HANFT | GIANLUCA MORELLO (*pro hac vice*) |
| EILEEN S. SIMON | WEIL, GOTSHAL & MANGES LLP |
| JAMES P. MASTERSON | 767 Fifth Avenue |
| MASTERCARD INTERNATIONAL INCORPORATED | New York, New York 10153 |
| 2000 Purchase Street | Telephone: (212) 310-8000 |
| Purchase, New York 10577 | Facsimile: (212) 310-8007 |
| Telephone: (914) 249-6229 |  |
| Facsimile: (914) 249-4261 | CHRISTOPHER J. COX (Bar No. 151650) |
|  | WEIL, GOTSHAL & MANGES LLP |
|  | 201 Redwood Shores Parkway |
|  | Redwood Shores, CA 94065 |
|  | Telephone: (650) 802-3000 |
|  | Facsimile: (650) 802-3100 |
|  |  |
|  | KEILA D. RAVELO (*pro hac vice*) |
|  | WESLEY R. POWELL (Bar No. 230430) |
|  | CLIFFORD CHANCE US LLP |
|  | 31 West 52nd Street |
|  | New York, New York 10019-6131 |
|  | Telephone: (212) 878-8000 |
|  | Facsimile: (212) 878-8375 |
|  |  |
|  | *Attorneys for Defendant* |
|  | *MasterCard International Incorporated* |