UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERI L. KENDALL, dba BALA HAIR SALON, JAMES MASER, MAIZ HOLDING COMPANY, dba PICANTE COCINA RESTAURANT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA U.S.A. INC., MASTERCARD INTERNATIONAL, INC., BANK OF AMERICA, N.A., a subsidiary of BANK OF AMERICA CORPORATION, WELLS FARGO BANK, N.A., a subsidiary of WELLS FARGO & COMPANY, U.S. BANK, N.A., a subsidiary of U.S. BANCORP,<br><br>Defendants. | Case No. C 04-4276 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST PURSUANT TO CIVIL LOCAL RULE 6-2 FOR ORDER SCHEDULING HEARING ON MOTIONS TO DISMISS FIRST AMENDED COMPLAINT |

The Stipulated Request Pursuant to Civil Local Rule 6-2 for Order Scheduling Hearing on Motions to Dismiss First Amended Complaint is granted. The hearing on the Defendants' motions to dismiss the First Amended Class Action Antitrust Complaint is scheduled for July 8, 2005 at 9:00 a.m.

Dated: __June 7__, 2005.

/s/ Jeffrey S. White
_____
The Honorable Jeffrey S. White
United States District Judge