1 ROBERT J. VIZAS (CA Bar No. 56187)
ARNOLD & PORTER LLP
2 90 New Montgomery Street, Suite 600
San Francisco, CA 94105
3 Telephone: (415) 356-3000
Facsimile: (415) 356-3099
4

5 M. LAURENCE POPOFSKY (CA State Bar No. 33946)
MARIE L. FIALA (CA Bar No. 79676)
6 RUSSELL P. COHEN (CA State Bar No. 213105)
RACHEL M. JONES (CA State Bar No. 218642)
7 HELLER EHRMAN LLP
333 Bush Street
8 San Francisco, CA 94104-2878
Telephone: (415) 772-6000
9 Facsimile: (415) 772-6268

10
Attorneys for Defendant
11 VISA U.S.A. INC.

12 [ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERI L. KENDALL, dba BALA HAIR SALON, JAMES MASER, MAIZ HOLDING COMPANY, dba PICANTE COCINA RESTAURANT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA U.S.A. INC., MASTERCARD INTERNATIONAL, INC., BANK OF AMERICA, N.A., a subsidiary of BANK OF AMERICA CORPORATION, WELLS FARGO BANK, N.A., a subsidiary of WELLS FARGO & COMPANY, U.S. BANK, N.A., a subsidiary of U.S. BANCORP,<br><br>Defendants. | Case No.: C04-4276 JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST OF DEFENDANT VISA U.S.A. INC. AND DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED FOR AN EXTENSION OF TIME TO MAKE L.R 79-5 GOOD CAUSE SHOWING AND TO FILE REDACTED VERSIONS** |

- 1 -

[PROPOSED] ORDER GRANTING STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST OF DEFENDANT VISA U.S.A. INC. AND DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED FOR AN EXTENSION OF TIME TO MAKE L.R 79-5 GOOD CAUSE SHOWING AND TO FILE REDACTED VERSIONS
CASE NO.: C04-4276 JSW

Heller Ehrman White & McAuliffe LLP

Having considered the Stipulated Miscellaneous Administrative Request of Defendant Visa U.S.A. Inc. and Defendant MasterCard International Incorporated for an Extension of Time to Make L.R 79-5 Good Cause Showing and to File Redacted Versions, the Court hereby GRANTS Defendants Visa U.S.A. Inc. and MasterCard International Incorporated an extension of time, until July 1, 2005, for making the requisite showing under Local Rule 79-5 that the following, or portions thereof, are sealable, and to file redacted, public versions of these filings as necessary:

1. Plaintiffs' Memorandum of Points and Authorities in Opposition to Motions for Summary Judgment by Defendants Visa and MasterCard, filed June 17, 2005;

2. The Deposition and Exhibits of William Sheedy in Support of Plaintiffs' Opposition to Motions for Summary Judgment by Defendants Visa and MasterCard, filed June 17, 2005;

3. The Deposition and Exhibits of Steven Jonas in Support of Plaintiffs' Opposition to Motions for Summary Judgment by Defendants Visa and MasterCard, filed June 17, 2005;

4. Reply Memorandum of Points and Authorities in Support of Defendant Visa U.S.A. Inc.'s Motion to Dismiss and/or to Strike Certain Allegations, to be filed June 24, 2005;

5. Reply Memorandum of Points and Authorities in Support of Defendant Visa U.S.A. Inc.'s Motion for Summary Judgment, to be filed June 24, 2005;

6. Declaration of Rachel M. Jones in Support of Defendant Visa U.S.A. Inc.'s Reply Memoranda in Support of Motion for Summary Judgment, and exhibits thereto, to be filed June 24, 2005.

IT IS SO ORDERED.

DATED: June 24, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

- 2 -

[PROPOSED] ORDER GRANTING STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST OF DEFENDANT VISA U.S.A. INC. AND DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED FOR AN EXTENSION OF TIME TO MAKE L.R. 79-5 GOOD CAUSE SHOWING AND TO FILE REDACTED VERSIONS
CASE NO.: C04-4276 JSW

Heller
Ehrman
White &
McAuliffe LLP