UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERI L. KENDALL, dba BALA HAIR SALON, JAMES MASER, MAIZ HOLDING COMPANY, dba PICANTE COCINA RESTAURANT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA U.S.A. INC., MASTERCARD INTERNATIONAL, INC., BANK OF AMERICA, N.A., a subsidiary of BANK OF AMERICA CORPORATION, WELLS FARGO BANK, N.A., a subsidiary of WELLS FARGO & COMPANY, U.S. BANK, N.A., a subsidiary of U.S. BANCORP,<br><br>Defendants. | Case No.: C04-4276 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED FOR ORDER SEALING PORTIONS OF CERTAIN DOCUMENTS FILED BY PLAINTIFFS<br><br>Date: July 8, 2005<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br><br>The Honorable Jeffrey S. White |

1  The Court has reviewed the application of defendant MasterCard International Incorporated ("MasterCard"), pursuant to Local Rule 79-5 and Rule 26(c)(7) of the Federal Rules of Civil Procedure, for an order sealing (1) certain portions of a deposition transcript which Plaintiffs filed in support of their June 17, 2005 Memorandum of Points and Authorities in Opposition to Motions for Summary Judgment by Defendants Visa and MasterCard ("Plaintiffs' Opposition") and (2) a portion of Plaintiffs' Opposition.

After due consideration of the papers submitted, the Court's file in this matter and the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED THAT MasterCard's application to maintain under seal the following portions of the deposition of Steven Jonas, dated May 18, 2005, IS GRANTED: 25:11-17; 26:4-18; 27:8-16, 18-20, 22-25; 28:2-4, 6-12, 16-25; 29:2-9; 32:24-25; 33:2-13, 15-23; 35:8-9, 11-25; 36:2-4, 6-15, 17, 19-25; 37:2-3, 16-20; 38:7-9; 39:20-25; 40:2; 43:17-20, 22-25; 44:2-6, 8-18; 48:21-25; 49:2, 16-25; 50:2-6; 55:5-16, 18-25; 56:2, 11-12, 16-18, 20-25; 57:3-12, 14, 20-22; 59:2-6, 9-23; 63:19-21, 23-25; 64:2-7, 18-21, 23-25; 65:2-3, 10-25; 66:2-17; 67:4-25; 68:2-18; 71:3-10; 77:25; 78:2, 4-9, 24-25; 79:2, 4-25; 80:4-20, 23-25; 81:2-10, 12-13; 82:17-23; 83:16-22; 84:10-24; 86:19-21, 23-25; 87:2-25; 88:2-8, 24-25; 89:2-21; 90:13-25; 91:2-20; 107:22-25; 108:2-25; 109:2-15. IT IS FURTHER HEREBY ORDERED THAT MasterCard's application to maintain under seal the following portion of Plaintiffs' Opposition – found at page 17 – is GRANTED.

**IT IS SO ORDERED**

DATED: ___July 1_____, 2005

/s/ Jeffrey S. White
───────────────────────
The Honorable Jeffrey S. White
United States District Judge

-2-