ROBERT J. VIZAS (CA State Bar No. 56187)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099

M. LAURENCE POPOFSKY (CA State Bar No. 33946)
MARIE L. FIALA (CA State Bar No. 79676)
RUSSELL P. COHEN (CA State Bar No. 213105)
RACHEL M. JONES (CA State Bar No. 218642)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERI L. KENDALL, dba BALA HAIR SALON, JAMES MASER, MAIZ HOLDING COMPANY, dba PICANTE COCINA RESTAURANT, on Behalf of Themselves and All Others Similarly Situated,<br><br>         Plaintiffs,<br><br> v.<br><br>VISA U.S.A. INC., MASTERCARD INTERNATIONAL, INC., BANK OF AMERICA, N.A., a subsidiary of BANK OF AMERICA CORPORATION, WELLS FARGO BANK, N.A., a subsidiary of WELLS FARGO & COMPANY, U.S. BANK, N.A., a subsidiary of U.S. BANCORP,<br><br>         Defendants. | Case No.: C04-4276 JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST OF VISA U.S.A. INC. TO FILE DOCUMENTS UNDER SEAL AND TO MAINTAIN PREVIOUSLY-LODGED DOCUMENTS UNDER SEAL**<br><br>CIVIL LOCAL RULES 7-11 AND 79-5 |

Heller Ehrman LLP

[~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST OF VISA U.S.A. INC. TO FILE DOCUMENTS UNDER SEAL AND TO MAINTAIN PREVIOUSLY-LODGED DOCUMENTS UNDER SEAL
CASE NO. C04-4276 (JSW)

1  Having reviewed Visa U.S.A. Inc.'s Miscellaneous Administrative Request to File
2  Documents Under Seal and to Maintain Previously-Lodged Documents Under Seal, and good cause
3  having been shown, **IT IS HEREBY ORDERED THAT** Visa's Miscellaneous Administrative
4  Request is **GRANTED**, and the following shall be filed under seal and/or shall remain filed under
5  seal:
6      1.    Portions of Exhibit A to the Declaration of Rachel M. Jones in Support of Defendant
7  Visa U.S.A. Inc.'s Reply Memoranda in Support of Motion for Summary Judgment (lodged June 24,
8  2005), specifically page and line numbers 56:1-5, 81:4-7, 81:9, 81:12, 81:16-17, 83:1-16, 84:8-85:9,
9  85:11-86:1, and 86:5-25; and
10     2.    Portions of the "Deposition and Exhibits of William Sheedy in Support of Plaintiffs'
11 Opposition to Motions for Summary Judgment by Defendants Visa and MasterCard" (lodged June
12 17, 2005), specifically page and line numbers 48:7-56:5, 72:6-73:11, 81:4-7, 81:9, 81:12, 81:16-17,
13 82:1-83:16, 84:8-85:9, 85:11-86:1, 86:5-88:1, 88:15-91:13, 94:9-95:2, and Exhibits 2-15.

**IT IS SO ORDERED.**

DATED: July 5, 2005

/s/ Jeffrey S. White

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Heller Ehrman LLP

- 1 -

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST OF VISA U.S.A. INC. TO FILE
DOCUMENTS UNDER SEAL AND TO MAINTAIN PREVIOUSLY-LODGED DOCUMENTS UNDER SEAL
CASE NO. C04-4276 (JSW)